UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Elizabeth Ann Myers,<br><br>    Plaintiff,<br><br>v.<br><br>Ascent Mortgage Resource Group, LLC<br>d/b/a Myrentoown.com d/b/a<br>RTOFIND.COM,<br><br>    Defendant. | C.A. No. 16-cv-1382 NJR SCW |

**Ascent Mortgage Resource Group, LLC's Rule 7.1 Disclosure Statement**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant states the following:

1. Defendant is not a corporation; it is a limited liability company.

2. Defendant has no parent corporation; no publicly held corporation owns 10% or more of its stock.

/s/ Ferne P. Wolf
SOWERS & WOLF, LLC
Ferne P. Wolf
fw@sowerswolf.com
530 Maryville Centre Dr., Suite 460
St. Louis, MO 63141
314-744-4010/314-744-4026 (fax)

    I certify a copy of the foregoing was served by the court's ECF system email on the following counsel of record on February 2, 2017: Nathan C. Volheim, nvolheim@sulaimanlaw.com.

/s/ Ferne P. Wolf