AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Southern District of Illinois

SERVED

| | |
|---|---|
| ELIZABETH ANN MYERS<br><br>*Plaintiff(s)*<br>v.<br>PROFINITY, LLC d/b/a MY RENT TO OWN,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:16-cv-01382-NJR-SCW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Profinity LLC d/b/a My Rent to Own
c/o Registered Agent
Registered Agents, Inc.
3030 North Rocky Point Drive, Suite 150
Tampa, FL 33607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sulaiman Law Group, Ltd.
Nathan C. Volheim
900 Jorie Blvd., Suite 150
Oak Brook, IL 60523
(630) 575-8181

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/17                                     *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF PROCESS SERVER

Job # 1558

**Client Info:**

Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, IL  60523

**Case Info:**

**PLAINTIFF:**
ELIZABETH ANN MYERS
  -versus-
**DEFENDANT:**
PROFINITY, LLC D/B/A MY RENT TO OWN

UNITED STATES DISTRICT COURT

Court Case # **3:16-CV-01382-NJR-SCW**

**Service Info:**

**Date Received:** 2/20/2017 at **01:05 PM**
**Service:** I Served **PROFINITY, LLC D/B/A MY RENT TO OWN C/O REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT**
by leaving with **Laura Hart, ADMINISTRATIVE ASSISTANT**

At ( Business / Residence ) **3030 NORTH ROCKY POINT DRIVE TAMPA, FL 33607**
On **2/22/2017** at **11:45 AM**
**Manner of Service: CORPORATE EMPLOYEE - AUTHORIZED TO ACCEPT**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3):; ALL CORPORATE OFFICERS WERE ATTEMPTED AT THE CORPORATE ADDRESS AND NONE WERE AVAILABLE FOR SERVICE; IN THE ABSENCE OF ALL THE ABOVE THE ABOVE LISTED EMPLOYEE WAS SERVED.

**Served Description: (Approx)**

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **180**, Hair: **Blond** Glasses: **Yes**

I **James Rogers** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**James Rogers**
**CPS 10-619169**

**Accurate Serve of Plantation**
151 N. Nob Hill Road, Suite 378
Plantation, FL 33324

Client # 2017000555

SUBSCRIBED AND SWORN to before me this  27th  day of  February , 2017  by **James Rogers**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

AURELIE WESTE
Notary Public, State of Florida
Commission# FF 173544
My comm. expires Jan. 9, 2019

